
RECEIVED
IN LAKE CHARLES, LA

DEC 13 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RICHARD A. ARENA, JR. d/b/a WATER-TITE ROOFING | : | DOCKET NO. 05-0919 |
| VS. | : | JUDGE MINALDI |
| GRAYBAR ELECTRIC CO., INC., ET. AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On November 1, 2005, the court issued a minute entry advising plaintiff that after 30 days, the court was considering dismissing defendants ABC Insurance Co. and XYZ Insurance Co. if good cause was not shown for failure to take proceedings against these fictitious defendants during the previous six-month period (*i.e.* substitute properly named defendants). More than 30 days have since elapsed without any response from plaintiff.

Accordingly, it is ordered that plaintiff's claims against defendants ABC Insurance Co. and XYZ Insurance Co. be, and they are hereby DISMISSED, without prejudice. LR 41.3W. Said defendants may be reinstated upon good cause shown within thirty (30) days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of December, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE