UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RICHARD A. ARENA, JR. d/b/a** Water-Tite Roofing | \* CIVIL ACTION NO. 2:05 CV 0919 |
| **VERSUS** | \* |
| **GRAYBAR ELECTRIC CO., INC., et al** | \* MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was tried on all issues as a bench trial before the Honorable Kathleen Kay, United States Magistrate Judge. Plaintiff, Richard A. Arena, Jr., d/b/a Water-Tite Roofing was represented at trial by Michael S. Harper. Defendants, Graybar Electric Company, Inc., and Stevens Land and Construction, L.L.C. were represented by James R. Mitchell.

In accordance with the Findings of Fact and Conclusions of Law (Doc. 53) issued by the Court on March 31, 2010, the Court hereby enters judgment pursuant to Rule 58 of the *Federal Rules of Civil Procedure* as follows:

**IT IS HEREBY ORDERED** that there be judgment in favor of plaintiff Richard A. Arena, Jr., d/b/a Water-Tite Roofing and against defendants, Graybar Electric Company, Inc., and Stevens Land and Construction, L.L.C.**,** *in solido*, in the full and true sum of One Hundred Sixty-Three Thousand Two Hundred and Ninety-Five Dollars ($163,295.00), plus legal interest at the rate set by Louisiana law commencing on May 25, 2005 until paid. Defendants are charged with all costs of these proceedings.

**DONE AND SIGNED** this ___6th___ day of April, 2010, in Lake Charles, Louisiana.

_____
HONORABLE KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE